FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

ARTHUR PICASO, JR.,

                Petitioner,

       v.

A.P. KANE, Warden,

                Respondent.

No. ED CV 06-148-PSG (PLA)

**JUDGMENT**

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4/4/08

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE